UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BENJAMIN THOMAS,

    Plaintiff,

v.                                                                             Case No. 8:19-cv-55-T-36AAS

UNIVERSITY OF SOUTH FLORIDA,
MARIE BOWEN, GARETH NEVILLE,
DAVID SANTOS, AND TRACY WILLIAMS,
in their individual capacity as faculty and/or
staff of the University of South Florida,

    Defendants.
_____/

## ORDER

Marie Bowen, Gareth Neville, David Santos, and Tracy Williams, move to strike pro se plaintiff Benjamin Thomas's petition for injunction for protection against repeat violence sexual violence and stalking. (Doc. 23).

Although Mr. Thomas's petition is captioned with the case number for this action, the petition identifies a different defendant—the United States Marshells [sic]. (*See* Doc. 22). The defendants named in the caption for this action are neither listed as parties Mr. Thomas seeks to enjoin by way of his petition nor otherwise referenced in any way in Mr. Thomas's petition. (*Id.*). A review of the court's docket reveals Mr. Thomas also filed his petition as a separate action at Case No. 8:19-cv-655-T-17AAS.

Thus, Defendants' Motion to Strike (Doc. 23) is **GRANTED**. The Clerk will

1

strike Mr. Thomas's petition for injunction for protection against repeat violence sexual violence and stalking. (Doc. 22).

**ORDERED** in Tampa, Florida, on April 9, 2019.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc: Pro se Plaintiff Benjamin Thomas